Cyrus V. Godfrey (Bar No. 65945)
**LAW OFFICES OF CYRUS V. GODFREY**
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210-5157
Telephone: (310) 278-8871
Fax: (310) 271-6041

David Goldman (Bar No. 76551)
Thiele R. Dunaway (Bar No. 130953)
**WENDEL, ROSEN, BLACK & DEAN, LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Plaintiff
BANCO INVEX, S.A.,
INSTITUCIÓN DE BANCA MULTIPLE,
INVEX GRUPO FINANCIERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANCO INVEX, S.A., INSTITUCIÓN DE BANCA MULTIPLE, INVEX GRUPO FINANCIERO,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICA ENVIRONMENTAL FUND, L.P., a California limited partnership,<br><br>Defendant. | Case No.<br><br>**NOTICE OF RELATED CASE** |

NOTICE OF RELATED CASE

-1-

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that the following action is related to the above-captioned case:

*Banco Invex, S.A., Institución De Banca Multiple, Invex Grupo Financiero v. North America Environmental Fund, L.P., et al.,* Case No. C00-4030 WHA filed on November 1, 2000, in the United States District Court for the Northern District of California

This case is related in that it involves claims related to the same facts as the above-captioned action.

Dated: January 18, 2008

Respectfully submitted,

LAW OFFICES OF CYRUS V. GODFREY
WENDEL, ROSEN, BLACK & DEAN, LL.P.

By _____
Thiele R. Dunaway

Attorneys for Plaintiff
BANCO INVEX, S.A., INSTITUCION DE BANCA MULTIPLE, INVEX GRUPO FINANCIERO