Cyrus V. Godfrey (Bar No. 65945)
**LAW OFFICES OF CYRUS V. GODFREY**
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210-5157
Telephone: (310) 278-8871
Fax: (310) 271-6041

David Goldman (Bar No. 76551)
Thiele R. Dunaway (Bar No. 130953)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Plaintiff
BANCO INVEX, S.A., INSTITUCIÓN DE
BANCA MULTIPLE, INVEX GRUPO
FINANCIERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANCO INVEX, S.A., INSTITUCIÓN DE BANCA MULTIPLE, INVEX GRUPO FINANCIERO,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTH AMERICA ENVIRONMENTAL FUND, L.P., a California limited partnership,<br><br>    Defendant. | Case No. C08-0358 MEJ<br><br>**CERTIFICATION OF SERVICE OF SUMMONS & COMPLAINT** |

*CERTIFICATION OF SERVICE*
*Case No. C08-0359 MEJ*

| ATTORNEY :: PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WENDEL, ROSEN, BLACK & DEAN, LLP<br>ATTORNEYS AT LAW<br>1111 BROADWAY 24TH FLOOR<br>OAKLAND, CA 94607-4036 | (510) 834-6600 | |
| ATTORNEY FOR (NAME): BANCO INVEX, S.A., ET AL | REFERENCE NUMBER<br>000J6008-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
BANCO INVEX, S.A, ET AL vs. NO. AMERICA ENVIRONMENTAL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C080358MEJ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS;

**Name of Defendant:** NORTH AMERICA ENVIRONMENTAL FUND, L.P.
**Person Served:** CINDY ABEE
**Title:** CHIEF FINANCIAL OFFICER

**Date of Delivery:** 03/10/08
**Time of Delivery:** 03:21 pm

**Place of Service:** 31473 RANCHO VIEJO RD #203
SAN JUAN CAPISTRANO, CA                (Business)

**Date of Mailing:** 03/12/08
**Place of Mailing:** SACRAMENTO

**Physical Description:**
AGE: 49   HAIR: BLOND   HEIGHT: 5'5"   RACE: C
SEX: F    EYES: BROWN   WEIGHT: 150LBS

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, postage paid) to the defendant served at the place where the copies were left.

**In Compliance With:**

[X] Federal Rules of Civil Procedure

[ ] California Code of Civil Procedure

**Fee for service:** $ 202.10

---

[X] Registered: ORANGE County,
Number: 2021
Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728
Client File # 11300.0002
559-233-1475
30C/000J6008-01

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: March 14, 2008,
at: ORANGE, California.

Signature: /s/
Name: PREMYSL LAPCIK
Title: REGISTERED CALIFORNIA PROCESS SERVER

## DOCUMENTS BEING SERVED

Summons; Complaint for Entry of Judgment Under the Uniform Foreign Judgment Recognition Act; Notice of Related Case,; ECF Registration Information Handout; Notice of Assignment of Case To A United Magistrate Judge For Trial; Welcome to US District Court Handout; Drop Box Filing Procedures; Case Management Standing Order; Standing Order Re: Discovery and Dispute Procedures for Case Assigned to or Referred to Mag. Judge Maria-Elena James; Notice of Trial Assignment to Untied States Magistrate Judge and Order to File Consent/Request For Reassignment Form; Consent To Assignment or Request For Reassignment; Standing Order for All Judges of the Northern District of California, Consents of Joint Case Management Statement.