FOLEY & LARDNER LLP
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:   619.234.6655
FACSIMILE:    619.234.3510

KENNETH S. KLEIN, CA BAR NO. 129172
DAVID J. AVEN, CA BAR NO. 251197
Attorneys for Defendants North America Environmental Fund, L.P.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Banco Invex, S.A., Institucion de Banca Multiple, Invex Grupo Financiero,<br><br>Plaintiffs,<br><br>vs.<br><br>North America Environmental Fund, L.P., a California limited partnership,<br><br>Defendant. | Case No: C 08 0358 MEJ<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>Judge:    Maria-Elena James |

Pursuant to Local Rule 6-1(a), Plaintiffs Banco Invex, S.A., Institucion de Banca Multiple, Invex Grupo Financiero and Defendant North America Environmental Fund, L.P. through their respective counsel of record, hereby stipulate that the time within which North America Environmental Fund, L.P. may answer or otherwise respond to Plaintiffs' Complaint shall be extended by 14 days, so that such responsive pleading is now due on or before April 14, 2008.

Dated: March 28, 2008

WENDEL, ROSEN, BLACK & DEAN LLP

By: _____
Thiele R. Dunaway   rdunaway@wendel.com
Attorneys for Banco Invex, S.A.,
Institucion de Banca Multiple, Invex
Grupo Financiero

---

STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT

SDCA_1095718.1

1
2
3  Dated: March 28, 2008        FOLEY & LARDNER LLP
4                               KENNETH S. KLEIN
                                DAVID J. AVENI
5
                                By: _____
6                                   David J. Aveni
                                    Attorneys For North America
7                                   Environmental Fund, L.P.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT