1  **FOLEY & LARDNER LLP**
   402 W. BROADWAY, SUITE 2100
2  SAN DIEGO, CA 92101-3542
   TELEPHONE:    619.234.6655
3  FACSIMILE:    619.234.3510

4  KENNETH S. KLEIN, CA BAR NO. 129172
   DAVID J. AVENI, CA BAR NO. 251197
5  Attorneys for Defendants North America Environmental Fund,
   L.P.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Banco Invex, S.A., Institucion de Banca Multiple, Invex Grupo Financiero,<br><br>        Plaintiffs,<br><br>    vs.<br><br>North America Environmental Fund, L.P., a California limited partnership,<br><br>        Defendant. | Case No:  C 08 0358 MEJ<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>Judge:       Maria-Elena James |

   Pursuant to Local Rule 6-1(a), Plaintiffs Banco Invex, S.A., Institucion de Banca Multiple, Invex Grupo Financiero and Defendant North America Environmental Fund, L.P. through their respective counsel of record, hereby stipulate that the time within which North America Environmental Fund, L.P. may answer or otherwise respond to Plaintiffs' Complaint shall be extended by 14 days, so that such responsive pleading is now due on or before April 14, 2008.  Plaintiffs' agreement to this Stipulation shall not constitute a waiver of Plaintiffs' position that venue is proper in this Court.  Plaintiffs' agreement to this Stipulation does not alter its position about venue.

1 | Dated: March 31, 2008

LAW OFFICES OF CYRUS V. GODFREY
CYRUS V. GODREY

By: */s/ Cyrus V. Godfrey*
Cyrus V. Godfrey
Attorneys for Banco Invex, S.A.,
Institucion de Banca Multiple, Invex
Grupo Financiero

Dated: 3-31-2008

FOLEY & LARDNER LLP
KENNETH S. KLEIN
DAVID J. AVENI

By: */s/ Kenneth S. Klein*
Kenneth S. Klein
Attorneys For North America
Environmental Fund, L.P.

---

2

STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT

SDCA_1095718.2