FOLEY & LARDNER LLP
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:   619.234.6655
FACSIMILE:   619.234.3510

MICHAEL P. MCCLOSKEY, CA BAR NO. 106051
DAVID J. AVENI, CA BAR NO. 251197
Attorneys for Defendants North America Environmental Fund, L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Banco Invex, S.A., Institucion de Banca Multiple, Invex Grupo Financiero,<br><br>Plaintiffs,<br><br>vs.<br><br>North America Environmental Fund, L.P., a California limited partnership,<br><br>Defendant. | Case No: C 08 0358 MEJ<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>Judge:   Maria-Elena James |

Pursuant to Local Rule 6-1(a), Plaintiffs Banco Invex, S.A., Institucion de Banca Multiple, Invex Grupo Financiero and Defendant North America Environmental Fund, L.P. through their respective counsel of record, hereby stipulate that the time within which North America Environmental Fund, L.P. may answer or otherwise respond to Plaintiffs' Complaint shall be extended by 3 days, so that such responsive pleading is now due on or before April 17, 2008. Plaintiffs' agreement to this Stipulation shall not constitute a waiver of Plaintiffs' position that venue is proper in this Court. Plaintiffs' agreement to this Stipulation does not alter its position about venue.

| | | |
|---|---|---|
| 1 | Dated: April 14, 2008 | WENDEL, ROSEN, BLACK & DEAN LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Thiele R. Dunaway<br>Attorneys for Banco Invex, S.A.,<br>Institucion de Banca Multiple, Invex |
| 5 | | Grupo Financiero |
| 7 | Dated: 14 April 2008 | FOLEY & LARDNER LLP<br>MICHAEL P. MCCLOSKEY |
| 8 | | DAVID J. AVENI |
| 10 | | By: _____ |
| 11 | | Michael P. McCloskey<br>Attorneys For North America<br>Environmental Fund, L.P. |

2

STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT

SDCA_1124475.2