1  **FOLEY & LARDNER LLP**
   402 W. BROADWAY, SUITE 2100
2  SAN DIEGO, CA 92101-3542
   TELEPHONE:    619.234.6655
3  FACSIMILE:    619.234.3510

4  MICHAEL P. MCCLOSKEY, CA BAR NO. 106051
       mmccloskey@foley.com
5  DAVID J. AVENI, CA BAR NO. 251197
       daveni@foley.com
6  Attorneys for Defendant North America Environmental Fund,
   L.P.
7

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 Banco Invex, S.A., Institucion de Banca Multiple, Invex Grupo Financiero, | Case No:  C 08 0358 MEJ |
| 12       Plaintiff, | **ANSWER TO COMPLAINT FOR ENTRY OF JUDGMENT UNDER THE UNIFORM FOREIGN JUDGMENT RECOGNITION ACT** |
| 13    vs. | |
| 14 North America Environmental Fund, L.P., a California limited partnership, | |
| 15 | Judge:        Maria-Elena James |
| 16       Defendant. | |

17

18       Defendant North American Environmental Fund, L.P. ("Defendant") hereby

19  answers the Complaint by denying all allegations set forth in the Complaint not

20  specifically admitted herein, and otherwise responds as follows:

21                        **PARTIES**

22  1.      Answering Paragraph 1 of the Complaint, Defendant lacks knowledge or

23  information sufficient to form a belief as to the truth of such allegations, and on that basis

24  denies such allegations.

25  2.      Answering Paragraph 2 of the Complaint, Defendant admits the allegations of fact

26  set forth in this paragraph of the Complaint.

27  ///

28  ///

---

ANSWER TO COMPLAINT

**JURISDICTION AND VENUE**

3.      Answering Paragraph 3 of the Complaint, Defendant admits the allegations of fact set forth in paragraph 3 of the Complaint.

**ANSWER TO HISTORICAL BACKGROUND OF JUDGMENT**

4.      Answering Paragraph 4 of the Complaint, Defendant admits that in or around April 2000, Plaintiff filed an action before the Supreme Court of Justice in and for the Federal District, Thirty-Eight Civil Court in Mexico City, to enforce certain promissory notes. Defendant further admits the court in Mexico ruled that it did not have jurisdiction and dismissed the action. Defendant further admits that in or around November 1, 2000, Plaintiff filed an action in the United States District Court for the Northern District of California, case number C 00 4030, to enforce certain credit agreements, and that Defendant and two other entities were named as defendants in that suit. Except as otherwise expressly admitted, Defendant denies the remaining allegations of Paragraph 4.

5.      Answering Paragraph 5 of the Complaint, Defendant admits it and the other defendants in the Northern District of California action brought a motion to dismiss, and that the Court instead stayed the action so Plaintiff could pursue its case in Mexico. Defendant further admits that it stipulated to dismiss the action without prejudice in February 2002. Except as otherwise expressly admitted, Defendant denies the remaining allegations of Paragraph 5.

6.      Answering Paragraph 6 of the Complaint, Defendant admits that in 2001, Plaintiff filed an action in Mexico against Reciclados, Servicios Recimex, S.A. de C.V., and Defendant ("Mexico Action"), seeking to enforce the credit agreements, and seeking $509,000 in principal, plus interest. Except as otherwise expressly admitted, Defendant denies the remaining allegations of Paragraph 6.

///

///

///

///

2

SDCA_1123964.2

1   7.      Answering Paragraph 7 of the Complaint, Defendant admits that it consented to

2   personal jurisdiction in Mexico City and it answered the Mexico Action.  Defendant lacks

3   sufficient information or belief to enable it to admit or deny the remaining allegations

4   contained in Paragraph 7 and on that basis specifically denies each and every remaining

5   allegation thereof.

6   **ANSWER TO "THE JUDGMENT GRANTED MONETARY RELIEF TO BANK"**

7   8.      Answering Paragraph 8 of the Complaint, Defendant states that the August 18,

8   2005 written opinion in the Mexico Action attached to the Complaint as Exhibit "A"

9   speaks for itself, and thus no response is required regarding the contents of that opinion.

10  Defendant denies that it is final to the extent that a subsequent Mexican court proceeding

11  ("Second Mexico Proceeding") denied Plaintiff's application for costs and interest.

12  Except as otherwise expressly admitted, Defendant denies the remaining allegations of

13  Paragraph 8.

14  9.      Answering Paragraph 9 of the Complaint, Defendant lacks knowledge or

15  information sufficient to form a belief as to the truth of such allegations, and on that basis

16  denies such allegations.

17  10.     Answering Paragraph 10 of the Complaint, Defendant states that the Exhibit A

18  written opinion in the Mexico Action speaks for itself, and thus no response is required

19  regarding the contents of that opinion.  Defendant further states that the court in the

20  Second Mexico Proceeding denied Plaintiff's application for costs and interest.  Except

21  as otherwise expressly admitted, Defendant denies the remaining allegations of Paragraph

22  10.

23  11.     Answering Paragraph 11 of the Complaint, Defendant admits that it was given

24  timely and proper notice of the entry of the Judgment in the Mexico Action.  Defendant

25  lacks sufficient information or belief to enable it to admit or deny the remaining

26  allegations contained in paragraph 11 and on that basis specifically denies each and every

27  remaining allegation thereof.

28  ///

3

ANSWER TO COMPLAINT

SDCA_1123964.2

1    12.    Answering Paragraph 12 of the Complaint, Defendant states the Second Mexico

2    Proceeding rendered the Mexico Action non-final, non-conclusive, and unenforceable as

3    to an award of costs and interest to Plaintiff, and, to that extent, the judgment in the

4    Second Mexico Proceeding vacated, modified, stayed, or set aside the judgment in the

5    Mexico Action.  Except as otherwise expressly admitted, Defendant denies the remaining

6    allegations of Paragraph 12.

7    13.    Defendant denies the allegations of Paragraph 13.

8    14.    Paragraph 14 of the Complaint states legal conclusions to which no response is

9    required.  To the extent a response is required, Defendant denies the allegations set forth

10    in this paragraph of the Complaint.  Defendant further states that the Second Mexico

11    Proceeding denied Plaintiff's application for costs and interest.

12    15.    Paragraph 15 of the Complaint states legal conclusions to which no response is

13    required.  To the extent a response is required, Defendant denies the allegations set forth

14    in this paragraph of the Complaint.  Defendant further states that the Second Mexico

15    Proceeding denied Plaintiff's application for costs and interest.

16                             **AFFIRMATIVE DEFENSES**

17                           **FIRST AFFIRMATIVE DEFENSE**

18    16.    The Complaint fails to state facts sufficient to constitute a claim upon which relief

19    may be granted.

20                          **SECOND AFFIRMATIVE DEFENSE**

21    17.    The judgment in the Mexico Action is unenforceable because it does not meet the

22    requirements of the Uniform Foreign-Country Money Judgments Recognition Act, Cal.

23    Civ. Proc. Code § 1713 et seq.

24                           **THIRD AFFIRMATIVE DEFENSE**

25    18.    The Complaint is barred on the grounds that the claims are not yet ripe for

26    adjudication as the judgment in the Mexico Action is not final, conclusive, and

27    enforceable as to ordinary interest, default interest, and costs.

28    ///

ANSWER TO COMPLAINT

SDCA_1123964.2

1    WHEREFORE, Defendant prays that this Court enter judgment as follows:

2        1.    That Plaintiff takes nothing from Defendant by its Complaint and the same

3    be dismissed against Defendant;

4        2.    For judgment in favor of Defendant;

5        3.    For its costs of suit, including attorneys' fees; and

6        4.    For such other and further relief as this Court deems just and proper.

7

8    Dated: April 17, 2008                    FOLEY & LARDNER LLP
                                              MICHAEL P. MCCLOSKEY
9                                             DAVID J. AVENI

10

11                                            By:   /s/ Michael P. McCloskey
                                                    Michael P. McCloskey
                                                    Attorneys For North America
12                                                  Environmental Fund, L.P.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER TO COMPLAINT

SDCA_1123964.2