**UNITED STATES DISTRICT COURT**

**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                        415.522.2000

## April 18, 2008

**CASE NUMBER:  CV 08-00358 MEJ**
**CASE TITLE:  BANCO INVEX-v-NORTH AMERICA ENVIRONMENTAL FUND**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Maxine M. Chesney** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 4/18/08


FOR THE EXECUTIVE COMMITTEE:

_____
                                                Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 4/18/08


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA