IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANCO INVEX, S.A., INSTITUCION DE BANCA MULTIPLE, INVEX GRUPO FINANCIERO,<br><br>      Plaintiff,<br><br>  v.<br><br>NORTH AMERICA ENVIRONMENTAL FUND L.P.,<br><br>      Defendant.<br>_____/ | No. C 08-00358 WHA<br><br>**CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

    YOU ARE NOTIFIED THAT the Court has scheduled an Initial Case Management Conference for **May 8, 2008 at 11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages. All other deadlines in the initial case management scheduling order filed on January 18, 2008 remain in effect.

    Parties requesting a continuance shall submit a stipulation and proposed order. If the parties are unable to reach a stipulation, the requesting party shall submit an ex parte application with a proposed order.

Dated: April 22, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Dawn K. Toland
    Courtroom Deputy to the
    Honorable William Alsup