Cyrus V. Godfrey (Bar No. 65945)
cyofla@pacbell.net
**LAW OFFICES OF CYRUS V. GODFREY**
360 North Bedford Drive, Suite 204
Beverly Hills, California  90210-5157
Telephone: (310) 278-8871
Fax:  (310) 271-6041

David Goldman (Bar No. 76551)
dgoldman@wendel.com
Thiele R. Dunaway (Bar No. 130953)
rdunaway@wendel.com
**WENDEL, ROSEN, BLACK & DEAN, LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone:  (510) 834-6600
Fax:  (510) 834-1928

Attorneys for Plaintiff
BANCO INVEX, S.A.,
INSTITUCIÓN DE BANCA MULTIPLE,
INVEX GRUPO FINANCIERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANCO INVEX, S.A., INSTITUCIÓN DE BANCA MULTIPLE, INVEX GRUPO FINANCIERO,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICA ENVIRONMENTAL FUND, L.P., a California limited partnership,<br><br>Defendant. | Case No. C 08-00358 WHA<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**(Rule 3-16)** |

1  Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed
2  persons, associations of persons, firms, partnerships, corporations (including parent corporations)
3  or other entities (i) have a financial interest in the subject matter in controversy or in a party to
4  the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could
5  be substantially affected by the outcome of this proceeding:

   INVEX Grupo Financiero, S.A.B. de C.V.

   Ventana Environmental Organizational Partnership, L.P.

   Ventana Environmental Corporation, a California corporation

   Ventana Global Ltd.

Dated: April ____, 2008

---

Thiele R. Dunaway

Attorney of Record for Plaintiff
BANCO INVEX, S.A., INSTITUCION DE
BANCA MULTIPLE, INVEX GRUPO
FINANCIERO

Wendel, Rosen, Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

011300.0001\532243.1

CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS (Rule 3-16) Case No. C08-00358 WHA    -2-