Cyrus V. Godfrey (Bar No. 65945)
cyofla@pacbell.net
**LAW OFFICES OF CYRUS V. GODFREY**
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210-5157
Telephone: (310) 278-8871
Fax: (310) 271-6041

David Goldman (Bar No. 76551)
dgoldman@wendel.com
Thiele R. Dunaway (Bar No. 130953)
rdunaway@wendel.com
**WENDEL, ROSEN, BLACK & DEAN, LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Plaintiff
BANCO INVEX, S.A.,
INSTITUCIÓN DE BANCA MULTIPLE,
INVEX GRUPO FINANCIERO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANCO INVEX, S.A., INSTITUCIÓN DE BANCA MULTIPLE, INVEX GRUPO FINANCIERO,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICA ENVIRONMENTAL FUND, L.P., a California limited partnership,<br><br>Defendant. | Case No. C 08-00358 WHA<br><br>**AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**(Rule 3-16)** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

INVEX Grupo Financiero, S.A.B. de C.V.

Ventana Environmental Organizational Partnership, L.P.

Ventana Environmental Corporation, a California corporation

Ventana Global Ltd.

Dated: April 25, 2008

/s/
Thiele R. Dunaway
Attorney of Record for Plaintiff
BANCO INVEX, S.A., INSTITUCION DE BANCA MULTIPLE, INVEX GRUPO FINANCIERO

Wendel, Rosen, Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

011300.0002\846237.1
DRAFT 4/25/08 04:35 PM

**AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (Rule 3-16) Case No. C08-00358 WHA**    -2-