**FOLEY & LARDNER LLP**
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:     619.234.6655
FACSIMILE:     619.234.3510

MICHAEL P. MCCLOSKEY, CA BAR NO. 106051
    mmccloskey@foley.com
DAVID J. AVENI, CA BAR NO. 251197
    daveni@foley.com
Attorneys for Defendant North America Environmental Fund, L.P.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Banco Invex, S.A., Institucion de Banca Multiple, Invex Grupo Financiero,<br><br>    Plaintiff,<br><br>vs.<br><br>North America Environmental Fund, L.P., a California limited partnership,<br><br>    Defendant. | Case No: C 08 0358 WHA<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**(RULE 3-16)**<br><br>Judge:    Hon. William H. Alsup |

    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | |
|---|---|
| Ventana Environmental Organizational Partnership LP | General Partner of North America Environmental Fund LP |
| Ebara Corporation | Limited Partner of North America Environmental Fund LP |
| OHL Inc. | Limited Partner of North America Environmental Fund LP |

| | |
|---|---|
| Fidea, N.V. | Limited Partner of North America Environmental Fund LP |
| Constructoras ICA, S.A. de C.V. | Limited Partner of North America Environmental Fund LP |
| Nacional Financiera, S.N.C. | Limited Partner of North America Environmental Fund LP and Ventana Environmental Organizational Partnership LP |
| Waste Management, Inc. | Limited Partner of North America Environmental Fund LP |
| Petroleos Mexicanos | Limited Partner of North America Environmental Fund LP and Ventana Environmental Organizational Partnership LP |
| Japan Bank for International Cooperation | Limited Partner of North America Environmental Fund LP |
| Rocky Mountain Associates, S.A. | Limited Partner of North America Environmental Fund LP |
| Consolidated Contractors International (UK) Limited | Limited Partner of North America Environmental Fund LP |
| L.A.I. Finance N.V. | Limited Partner of North America Environmental Fund LP |
| Ventana Global Ltd (dba Ventana Environmental Corporation) | General Partner of Ventana Environmental Organizational Partnership LP |
| Dar Al-Taqniya | Limited Partner of Ventana Environmental Organizational Partnership LP |
| Funcadion Mexicana Para la Education Ambiental, A.C. | Limited Partner of Ventana Environmental Organizational Partnership LP |
| The Linde Company | Limited Partner of Ventana Environmental Organizational Partnership LP |

///

///

///

///

///

| Ian Sym-Smith | Limited Partner of Ventana Environmental Organizational Partnership LP |
|---|---|
| Thomas O. Gephart | Owner of Ventana Global Ltd |

Dated: April 30, 2008

FOLEY & LARDNER LLP
MICHAEL P. MCCLOSKEY
DAVID J. AVENI

By:   /s/ Michael P. McCloskey
     Michael P. McCloskey
     Attorneys of Record For North America
     Environmental Fund, L.P.

**PROOF OF SERVICE**

I hereby certify that on April 30, 2008, I caused the foregoing **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (RULE 3-16)** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

- **David J. Aveni**
  daveni@foley.com
- **Thiele Robin Dunaway**
  rdunaway@wendel.com,calendar@wendel.com,mjones@wendel.com
- **Cyrus V. Godfrey**
  cyofla@pacbell.net
- **David Eric Goldman**
  dgoldman@wendel.com,lfelix@wendel.com,calendar@wendel.com
- **Michael Patrick McCloskey**
  mmccloskey@foley.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

    /s/ Michael P. McCloskey
Attorney for Defendant North America Environmental Fund, L.P.

1