**FOLEY & LARDNER LLP**
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:        619.234.6655
FACSIMILE:        619.234.3510

MICHAEL P. MCCLOSKEY, CA BAR NO. 106051
    mmccloskey@foley.com
DAVID J. AVENI, CA BAR NO. 251197
    daveni@foley.com
Attorneys for Defendant North America Environmental Fund, L.P.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Banco Invex, S.A., Institucion de Banca Multiple, Invex Grupo Financiero,<br><br>    Plaintiff,<br><br>vs.<br><br>North America Environmental Fund, L.P., a California limited partnership,<br><br>    Defendant. | Case No: C 08 0358 WHA<br><br>**REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Date:      May 8, 2008<br>Time:     11:00 a.m.<br>Courtroom: 9<br>Judge:    Hon. William H. Alsup |

Pursuant to Local Rule 16-10(a), Defendant North American Environmental Fund, L.P. ("Defendant") hereby requests to participate in the Case Management Conference scheduled to occur on May 8, 2008 by telephone.

Dated: April 30, 2008                  FOLEY & LARDNER LLP
                                            MICHAEL P. MCCLOSKEY
                                            DAVID J. AVENI

                                        By:  /s/ Michael P. McCloskey
                                                   Michael P. McCloskey
                                                   Attorneys For North America
                                                   Environmental Fund, L.P.

**PROOF OF SERVICE**

I hereby certify that on April 30, 2008, I caused the foregoing **REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

- **David J. Aveni**
  daveni@foley.com
- **Thiele Robin Dunaway**
  rdunaway@wendel.com,calendar@wendel.com,mjones@wendel.com
- **Cyrus V. Godfrey**
  cyofla@pacbell.net
- **David Eric Goldman**
  dgoldman@wendel.com,lfelix@wendel.com,calendar@wendel.com
- **Michael Patrick McCloskey**
  mmccloskey@foley.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

      /s/  Michael P. McCloskey
Attorney for Defendant North America Environmental Fund, L.P.

1