**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANCO INDEX, S.A., INSTITUCION DE BANCA MULTIPLE, INDEX GRUPO FINANCIERO,<br><br>    Plaintiff,<br><br>  v.<br><br>NORTH AMERICA ENVIRONMENTAL FUND, L.P., a California limited partnership,<br><br>    Defendant.<br>_____/ | No. C 08-00358 WHA<br><br>**ORDER DENYING REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

Defendant's request to attend the case management conference by telephone is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 5, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE