**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 8, 2008

Case No.  C 08-00358 WHA

Title: BANCO INVEX, SA  v. NORTH AMEICA ENVIRONMENTAL FUND

Plaintiff Attorneys: Cyrus Godfrey

Defense Attorneys: Michael McCloskey

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   CMC - HELD

2)   

Continued to __ for Further Case Management Conference

Continued to 1/26/09 at 2:00pm  for Pretrial Conference

Continued to 2/9/09 at 7:30am   for Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Zimmerman for mediation/settlement conference.