**FOLEY & LARDNER LLP**
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:    619.234.6655
FACSIMILE:    619.234.3510

MICHAEL P. MCCLOSKEY, CA BAR NO. 106051
    mmccloskey@foley.com
DAVID J. AVENI, CA BAR NO. 251197
    daveni@foley.com
Attorneys for Defendant North America Environmental Fund, L.P.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Banco Invex, S.A., Institucion de Banca Multiple, Invex Grupo Financiero,<br><br>Plaintiff,<br><br>vs.<br><br>North America Environmental Fund, L.P., a California limited partnership,<br><br>Defendant. | Case No: C 08 0358 WHA<br><br>**STIPULATION TO EXTEND TIME FOR INITIAL DISCLOSURES UNDER FEDERAL RULE OF CIVIL PROCEDURE 26**<br><br>Courtroom:    9<br>Judge:    Hon. William H. Alsup |

Pursuant to Local Rule 6-2, Plaintiff Banco Invex, S.A., Institucion de Banca Multiple, Invex Grupo Financiero and Defendant North America Environmental Fund, L.P. through their respective counsel of record, hereby stipulate that the deadline for initial disclosures under Federal Rule of Civil Procedure 26 shall be extended from May 29, 2008 to July 17, 2008.

Dated: 5/27/08

FOLEY & LARDNER LLP
MICHAEL P. MCCLOSKEY
DAVID J. AVENI

By:    /s/ Michael P. McCloskey
    Michael P. McCloskey
    Attorneys For North America
    Environmental Fund, L.P.

1 Dated: May 27, 2008          LAW OFFICES OF CYRUS V. GODFREY
2
3                              By: _____
4                                  Cyrus V. Godfrey
                                   Attorney For Banco Invex, S.A.,
                                   Institucion De Banca Multiple, Invex
5                                  Grupo Financiero
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
STIPULATION TO EXTEND TIME FOR INITIAL DISCLOSURES UNDER FRCP 26
CASE NO. C08-0358 WHA

SDCA 1160142.1