**FOLEY & LARDNER LLP**
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:    619.234.6655
FACSIMILE:    619.234.3510

MICHAEL P. MCCLOSKEY, CA BAR NO. 106051
mmccloskey@foley.com
DAVID J. AVENI, CA BAR NO. 251197
daveni@foley.com
Attorneys for Defendant North America Environmental Fund, L.P.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Banco Invex, S.A., Institucion de Banca Multiple, Invex Grupo Financiero,<br><br>Plaintiff,<br><br>vs.<br><br>North America Environmental Fund, L.P., a California limited partnership,<br><br>Defendant. | Case No: C 08 0358 WHA<br><br>**DECLARATION OF MICHAEL P. MCCLOSKEY IN SUPPORT OF STIPULATION TO EXTEND TIME FOR INITIAL DISCLOSURES UNDER FEDERAL RULE OF CIVIL PROCEDURE 26**<br><br>Courtroom:    9<br>Judge:    Hon. William H. Alsup |

I, Michael P. McCloskey, declare:

1.     I am an attorney at law duly licensed to practice before all courts of the State of California and am admitted to practice before all federal district courts in California, as well as the Ninth Circuit Court of Appeals and the United States Supreme Court. I am a partner in the law firm of Foley & Lardner LLP, counsel of record for North America Environmental Fund, L.P. ("NAEF"). I am one of the attorneys principally responsible for the representation of NAEF and make this declaration in support of the Stipulation to Extend Time for Initial Disclosures Under Federal Rule of Civil Procedure 26 ("Stipulation") filed concurrently herewith. I have personal knowledge of each matter stated in this declaration and if called upon as a witness, I

1

1  could and would testify competently to the following.

2.  In the Stipulation, the parties request the deadline for initial disclosures under F.R.C.P. 26 be extended from May 29, 2008 to July 17, 2008. The parties have agreed to submit this dispute to non-binding mediation, which is currently scheduled to occur on June 24, 2008. The parties request the deadline for Rule 26 disclosures be extended to July 17 so that the disclosures will not be necessary if the mediation is successful. If the mediation is unsuccessful, a deadline of July 17 will provide ample time for the parties to prepare and exchange Rule 26 disclosures before the deadline.

3.  There have been two previous time modifications in this case. First, the parties stipulated to allow NAEF an additional 14 days to respond to the Complaint because NAEF's counsel needed additional time to communicate with counsel in Mexico regarding the Mexican legal proceedings relevant to the dispute. Second, the parties stipulated to allow NAEF an additional 3 days to respond to the Complaint because the partner from my firm who was primarily responsible for this matter had a medical emergency shortly before NAEF's Answer was due, which required me to replace him in handling this matter. The additional 3 day extension was necessary to allow me to obtain sufficient background regarding the case before filing NAEF's Answer.

4.  The requested extension of time for Rule 26 disclosures will not otherwise affect the schedule for this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2008, at San Diego California.

                                                  /s/ *Michael P. McCloskey*
                                                  Michael P. McCloskey

## PROOF OF SERVICE

I hereby certify that on May 29, 2008, I caused the foregoing **DECLARATION OF MICHAEL P. McCLOSKEY IN SUPPORT OF STIPULATION TO EXTEND TIME FOR INITIAL DISCLOSURES UNDER FEDERAL RULE OF CIVIL PROCEDURE 26** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

- **David J. Aveni**
  daveni@foley.com
- **Thiele Robin Dunaway**
  rdunaway@wendel.com,calendar@wendel.com,mjones@wendel.com
- **Cyrus V. Godfrey**
  cyofla@pacbell.net
- **David Eric Goldman**
  dgoldman@wendel.com,lfelix@wendel.com,calendar@wendel.com
- **Michael Patrick McCloskey**
  mmccloskey@foley.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

_____
Maggie Shoecraft

3
DECLARATION OF MICHAEL P. MCCLOSKEY
CASE NO. C08-0358 WHA

SDCA_1163893.1