Cyrus V. Godfrey (Bar No. 65945)
cyofla@pacbell.net
LAW OFFICES OF CYRUS V. GODFREY
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210-5157
Telephone: (310) 278-8871
Fax: (310) 271-6041

David Goldman (Bar No. 76551)
dgoldman@wendel.com
Thiele R. Dunaway (Bar No. 130953)
rdunaway@wendel.com
WENDEL, ROSEN, BLACK & DEAN, LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Attorneys for Plaintiff
Banco Invex, S.A., Institucion De Banca Multiple,
Invex Grupo Financiero

Michael P. McCloskey (Bar No. 106051)
MMccloskey@foley.com
David J. Aveni (Bar No. 251197)
DAveni@foley.com
FOLEY & LARDNER LLP
402 W. Broadway, Suite 2100
San Diego, California 92101-3542
Telephone: (619) 234-6655
Fax: (619) 234-3510
Attorneys for Defendant North America
Environmental Fund, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANCO INVEX, S.A., INSTITUCION DE BANCA MULTIPLE, INVEX GRUPO FINANCIERO,<br><br>    Plaintiff,<br><br>    vs.<br><br>NORTH AMERICA ENVIRONMENTAL FUND, L.P., a California limited partnership,<br><br>    Defendant. | No: C08-0358 WHA (BZ)<br><br>STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE |

IT IS HEREBY STIPULATED, BY AND BETWEEN THE PARTIES,

-1-

BANCO INVEX v. NORTH AMERICA ENV. FUND, C08-0358, STIPULATION

1  THROUGH THEIR COUNSEL OF RECORD that the settlement conference
2  in this case scheduled for August 12, 2008 may be and is
3  rescheduled for August 26, 2008 at 9:00 a.m. in Courtroom G,
4  15th Floor, Federal Building, 450 Golden Gate Avenue, San
5  Francisco, CA 94102 due to the vacation of plaintiff's counsel.

7  Dated: May 19, 2008        LAW OFFICES OF CYRUS V. GODFREY
                              WENDEL, ROSEN, BLACK & DEAN, LLP

9                             By _____
                                 Cyrus V. Godfrey
10                               Attorneys for Plaintiff
                                 Banco Invex, S.A.

12 Dated: May 29, 2008        FOLEY & LARDNER LLP
                              MICHAEL P. MCCLOSKEY
13                            DAVID J. AVENI

14                            By _____
                                 Michael P. McCloskey
15                               Attorneys for Defendant
                              North America Environmental Fund L.P.

17      IT IS SO ORDERED:

19 Dated: 29 May 08