1  **FOLEY & LARDNER LLP**
   402 W. BROADWAY, SUITE 2100
2  SAN DIEGO, CA 92101-3542
   TELEPHONE:    619.234.6655
3  FACSIMILE:    619.234.3510

4  MICHAEL P. MCCLOSKEY, CA BAR NO. 106051
         mmccloskey@foley.com
5  DAVID J. AVENI, CA BAR NO. 251197
         daveni@foley.com
6  Attorneys for Defendant North America Environmental Fund,
   L.P.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  Banco Invex, S.A., Institucion de Banca Multiple, Invex Grupo Financiero, | Case No: C 08 0358 WHA |
| 12 | **PROOF OF SERVICE** |
| 13         Plaintiff, | |
| 14   vs. | Courtroom:   9 |
| 15  North America Environmental Fund, L.P., a California limited partnership, | Judge:        Hon. William H. Alsup |
| 16         Defendant. | |

---

1
DECLARATION OF MICHAEL P. MCCLOSKEY
CASE NO. C08-0358 WHA

SDCA_1163893.1

## PROOF OF SERVICE

I hereby certify that on May 27, 2008, I caused the foregoing **STIPULATION TO EXTEND TIME FOR INITIAL DISCLOSURES UNDER FEDERAL RULE OF CIVIL PROCEDURE 26** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

- **David J. Aveni**
  daveni@foley.com
- **Thiele Robin Dunaway**
  rdunaway@wendel.com,calendar@wendel.com,mjones@wendel.com
- **Cyrus V. Godfrey**
  cyofla@pacbell.net
- **David Eric Goldman**
  dgoldman@wendel.com,lfelix@wendel.com,calendar@wendel.com
- **Michael Patrick McCloskey**
  mmccloskey@foley.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

*Maggie Shoecraft* (signature)
Maggie Shoecraft