LAW OFFICES

# Cyrus V. Godfrey

TELEPHONE

(310) 278-8871

360 NORTH BEDFORD DRIVE
SUITE 204
BEVERLY HILLS, CALIFORNIA 90210-5157

FACSIMILE

(310) 271-6041

August 15, 2008

BY FAX: 415-522-4694
Clerk to Magistrate Zimmerman
Federal Building
450 Golden Gate Avenue
Courtroom G, 15th Floor
San Francisco, CA 94102

Re: Banco Invex v. N.A.E.F., et al, No. C08-0358 WHA (BZ)

Dear Sir or Madam:

Plaintiff Banco Invex requests permission to submit up to 30 pages of exhibits with its MSC brief, rather than the 20 page limit set in the scheduling order, so it may submit the Mexico judgment in its entirety. If it is not able to do so, then my office would remove pages of the judgment from our MSC exhibits and advise the court that it may view the entire judgment as an exhibit to the Complaint on file.

Additionally, and as a request that is not as important, may we submit a copy of the original complaint in this matter filed in the year 2000 in this Court as it has the loan documents as exhibits thereto? If the Court would rather not have this document submitted (it does total approximately 80 pages), that is fine and I can bring a copy with me.

I apologize for the short notice in making the request. If the Court does not have time to respond to the request by Monday afternoon, we will send our brief out by FedEx on Monday with 20 pages of exhibits.

Thank you for your consideration.

Sincerely,

CYRUS V. GODFREY

CVG:jk
cc: Robin Dunaway, Esq.
Michael McCloskey, Esq.

GRANTED

Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA