UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE BERNARD ZIMMERMAN
CIVIL MINUTE ORDER

DATE: 21 Aug 08
TIME: ½ hr

TITLE OF CASE: Banno Imery

DOCKET NO.: C8-358

ATTORNEY(S) FOR PLAINTIFF(S): Godfrey

ATTORNEY(S) FOR DEFENDANT(S): M. Clockey, Aveni

COURT REPORTER/TAPE NO., SIDE, REEL NO.: _____

## PROCEEDINGS

- ☐ NONDISPOSITIVE MOTION
    - CONTESTED
    - UNCONTESTED
- ☐ DISPOSITIVE MOTION
- ☐ EVIDENTIARY HEARING
- ☐ FEE APPLICATION
- ☐ SOCIAL SECURITY APPEAL
- ☐ SCHEDULING CONFERENCE
- ☑ STATUS CONFERENCE
- ☐ CASE MANAGEMENT CONFERENCE

- ☐ INITIAL PRETRIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☐ SUMMARY JURY TRIALS OR OTHER ADR
- ☐ FINAL PRETRIAL CONFERENCE
- ☐ MOTION HEARING/ARGUMENT
- ☐ VOIR DIRE
- ☐ IRS ENFORCEMENT ORDERS
- ☐ FINAL PRETRIAL CONFERENCE
- ☐ STATUS CONFERENCE
- ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF   ☐ DEFENDANT   ☑ COURT

CASE CONTINUED TO: Sept 26 at 9a

## NOTES