UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANCO INDEX, S.A., INSTITUCION DE BANCA MULTIPLE, INVEX GRUPO FINANCIERO,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>NORTH AMERICA ENVIRONMENTAL FUND L.P.,<br><br>　　　　Defendant(s | No. C08-0358 WHA (BZ)<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

Following a telephone conference at which both sides were represented by counsel, it is hereby **ORDERED** as follows:

1] defendants' request to continue the settlement conference on the grounds that Mr. Gephart is medically unable to attend is **GRANTED**. The conference is

continued to September 26, 2008 at 9 a.m.

2] by August 29, 2008, plaintiff shall provide defendants, with a copy to the court, with an itemization of any out-of-pocket expenses it incurred as a result of the continuance

3] by August 29, 2008, defendants shall provide plaintiff, with a copy to the court, with a certificate from Mr. Gephart's doctor explaining his current medical condition, stating when the current problem arose and stating when the doctor believes Mr. Gephart will be able to attend a settlement conference in San Francisco.

Dated: August 21, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\Banco Invex continuance.wpd