UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BANCO INVEX,S.A., INSTITUCION DE BANCA MULTIPLE, INVEX GRUPO FINANCIERO,<br><br>    Plaintiff(s),<br><br>    v.<br><br>NORTH AMERICA ENVIRONMENTAL FUND L.P.,<br><br>    Defendant(s). | No. C08-0358 WHA (BZ)<br><br>**ORDER SCHEDULING TELEPHONE CONFERENCE** |

Having read Mr. Aveni's letter dated August 29, 2008 and its attachments, **IT IS HEREBY ORDERED** that defendants need not pay for plaintiff's out-of-pocket expenses incurred as a result of continuing the settlement conference. **IT IS FURTHER ORDERED** that a telephone conference is schedule for **Thursday, September 18, 2008 at 3:00 p.m.** for the purpose of receiving a progress report on Mr Gephart's ability to attend the conference scheduled for September 26, 2008. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and

1

1 | make arrangements for the telephonic conference call.
2 | Dated: September 2, 2008
3 |                                    _____
4 |                                         Bernard Zimmerman
  |                                    United States Magistrate Judge

2