UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BANCO INVEX,S.A., INSTITUCION DE BANCA MULTIPLE, INVEX GRUPO FINANCIERO,<br><br>  Plaintiff(s),<br><br>  v.<br><br>NORTH AMERICA ENVIRONMENTAL FUND L.P.,<br><br>  Defendant(s). | No. C08-0358 WHA (BZ)<br><br>**APPEARANCE ORDER** |

**IT IS HEREBY ORDERED** that defendants shall appear at the settlement conference scheduled for Friday, September 26, 2008 at 9:00 a.m. in one of the following manners:

    1.  Defendants may appear personally in San Francisco represented by someone with full authority to settle this case as that term is defined in the previously entered settlement conference order.

    2.  Defendants may appear by Mr. Gephart, who may participate by video conference from his home or from a video

1

1 conferencing facility close to his home or may travel to the
2 district court in Santa Ana and participate by video
3 conferencing from that court's facility.

4     If defendants choose to appear by video conferencing, they
5 shall advise the court and plaintiffs by a writing filed by the
6 **close of business on Tuesday, September 23, 2008**.  Video
7 conferencing arrangements may be made with my secretary, Rose
8 Maher at **415-522-4093,** either to utilize the facility in Santa
9 Ana or to connect this court's video conference equipment with a
10 commercial facility.  Such arrangements must be made by **noon on**
11 **Wednesday, September 24, 2008**.

12 Dated: September 22, 2008

                                              Bernard Zimmerman
                                United States Magistrate Judge